# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13119

_____

DENNIS SCOTT,
CHAD DRIGGERS,
DOUGLAS WILLIS,
GEORGE ROWLAND,

                                                              Plaintiffs-Appellees,

*versus*

CITY OF DAYTONA BEACH FLORIDA,

                                                              Defendant-Appellant.

2                               Order of the Court                               23-13119

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cv-02192-WWB-RMN

_____

Before WILSON, LUCK, and LAGOA, Circuit Judges.

BY THE COURT:

Appellant's "Motion for Injunction Pending Appeal" is DENIED, as Appellant has not made the requisite showing. *See Nken v. Holder*, 556 U.S. 418, 434, 129 S. Ct. 1749, 1761 (2009).