Appeal Case No.: 23-13119-H
_____

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
_____

DENNIS SCOTT, CHAD DRIGGERS,
DOUGLAS WILLIS, and GEORGE ROWLAND,
Plaintiffs/Appellees,

v.

CITY OF DAYTONA BEACH, FLORIDA,
Defendant/Appellant.
_____

On Appeal from the United States District Court,
Middle District of Florida, Orlando Division
6:22-cv-2192-WWB-RMN
_____

# MOTION BY LAW PROFESSORS & INSTRUCTORS FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS/APPELLEES
_____

Mark Dorosin FL Bar #
mark.dorosin@famu.edu
Florida A&M University College of Law
201 FAMU Law Lane
Orlando, FL 32801
407-254-4043
*Attorney for Amici Curiae*

*Scott, et al v. City of Daytona Beach, FL*
*Appeal Case No.: 32-131119-H*

# CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Court of Appeals Rule 26.1, the undersigned counsel of record certifies that the following listed persons may have an interest in the outcome of this case and were omitted from the Certificates of Interested Persons in briefs that were previously filed per 11th Cir. R. 26.1-2(b).

1. Abrams, Robert
2. Barnes, Cynthia
3. Broussard, Patricia
4. Brown, Jeff
5. Caussade-Garcia, Eunice
6. Cavazos, Ann Marie
7. Consalo, Kara
8. Crag-Chaderton, Kim
9. Dorosin, Mark
10. Imoukhuede, Areto
11. Jaen, Ulysses
12. Jones, Darryl

*Scott, et al v. City of Daytona Beach, FL*
Appeal Case No.: 32-131119-H

13. Keller, Deidré

14. Langston, Lundy

15. Ramkellawan, Cynthia

16. Reaves, Rhonda

17. Scully, Judith

18. Tal-Mason, Ali

There are nor parent corporations or publicly traded corporations that have an interest in the outcome of this case.

/s/ Mark Dorosin  
Mark Dorosin  
Counsel for *Amici Curiae*

# MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Pursuant to Federal Rule of Appellate Procedure 29(a) and Eleventh Circuit Rule 29(a), *amici* Rhonda Reaves, Professor of Law, Florida A&M University College of Law; Patricia Broussard, Professor of Law, Florida A&M University College of Law; Lundy Langston, Professor of Law, Florida A&M University College of Law; Robert Abrams, Professor of Law, Florida A&M University College of Law; Darryl Jones, Professor of Law, Florida A&M University College of Law; Areto Imoukhuede, Professor of Law, Florida A&M University College of Law; Deidré Keller, Professor of Law, Florida A&M University College of Law; Ann Marie Cavazos, Professor of Law, Florida A&M University College of Law; Jeff Brown, Associate Professor of Law, Florida A&M University College of Law; Mark Dorosin, Associate Professor of Law, Florida A&M University College of Law; Kara Consalo, Assistant Professor of Law, Florida A&M University College of Law; Cynthia Ramkellawan, Assistant Professor of Law, Florida A&M University College of Law; Eunice Caussade-Garcia, Associate Instructor, Florida A&M University College of Law; Kim Crag-Chaderton, Instructor, Florida A&M University College of Law; Ali Tal-Mason, Instructor, Florida A&M University College of Law; Cynthia C. Barnes, Assistant Professor, Barry University School of Law; Ulysses Jaen, Professor of Law, Ave Maria School of Law; and Judith Scully, Professor of Law, Stetson Law School move the Court for leave to file the

attached Brief Amici Curiae in support of Plaintiffs-Appellees' brief. The proposed brief is attached to this Motion.

In support of this Motion, *amici* state as follows: The law professors and instructors submitting this brief are all committed to the rule of law and the fundamental individual freedoms and liberties enshrined in the U.S. Constitution, and particularly the right to freedom of speech guaranteed by the First Amendment, which is the keystone of our democracy. *Amici* believe that the anti-panhandling ordinance adopted by the City of Daytona Beach is an unconstitutional encroachment on those rights and freedoms.

These professors and instructors have dedicated their professional careers to training new lawyers on the meaning, history, and application of constitutional law, including the First Amendment and freedom of speech, and how those principles are tested by contentious matters of public policy. Their experience, research, teaching, and perspective is particularly critical in assessing government actions that may adversely impact citizens that have been historically and continually marginalized by existing racial, political, social, and economic policies and practices. Each has a strong interest in ensuring that the constitution is properly interpreted and fairly applied, including that the individual rights and liberties guaranteed by the First Amendment are protected from abridgement by the government. They support the Plaintiffs in this matter because *amici* believe

that the City of Daytona Beach anti-panhandling ordinance is an attempt to circumvent and undermine those inviolable constitutional rights and criminally punish the exercise of protected speech.

*Amici* believe the attached brief does not repeat or directly address arguments in the parties' briefs, but rather provides additional context and insight into the relevant First Amendment jurisprudence that relates to the issue before the court. The brief discusses the First Amendment precedents from the U.S. Supreme Court, the Courts of Appeal (and particularly this court), and the federal district courts (particularly in Florida) regarding content-based restrictions on speech whose enforcement necessarily depends on the particular message or expression of the speaker, and the evaluative analysis those courts had applied to determine whether such restrictions are constitutional.

Respectfully submitted this the 12th day of February, 2024.

/s/ Mark Dorosin
Mark Dorosin Fl. Bar # 1041169
mark.dorosin@famu.edu
Florida A&M University
　College of Law
201 FAMU Law Lane
Orlando, FL 32801
407-254-4043

## CERTIFICATE OF SERVICE

I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Eleventh Circuit on February 12, 2024, by using the appellate CM/ECF system, and service was accomplished on all counsel of record by the appellate CM/ECF system.

/s/ Mark Dorosin
Mark Dorosin
Counsel for *Amici Curiae*